UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARLO WASHINGTON,

    Plaintiff,

v.                                             Case No. 3:23cv24756-LC-HTC

ASSISTANT WARDEN G. JONES, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 26, 2023 (ECF No. 3), recommending this case be dismissed without prejudice because Plaintiff is a three-striker who failed to pay the $402.00 filing fee, as well as for being malicious based upon Plaintiff's failure to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker who failed to pay the $402.00 filing fee, as well as for being malicious based upon Plaintiff's failure to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 12th day of February, 2024.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**